# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Camden)

IN RE:                                               Case No.:    12-25747

Debtors: Lexxa, Inc.                                 Loan Number (Last 4):    1667


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nationstar Mortgage, LLC | Federal Deposit Insurance Corporation, as Receiver |
| | Legal Division - NY Legal Services Offic |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 11 |
| Lewisville, TX 75067 | Amount of Claim:    $880,516.63 |
| | Date Claim Filed:    11/07/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   0632 |
| Last Four Digits of Acct #:   1667 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   1667

Transfer Effective: May 03, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Michael Daniels                                       Date:   06/06/2013
      Manager
      (Approved by: Megan Koza)


Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

408460-6f68dd78-26b8-47ed-96e6-915005d2bee7